UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NACHAIYA KAMA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-04682 |
| | § | |
| TIRR MEMORIAL HERMANN, | § | |
| | § | |
| Defendant. | § | |

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON April 27, 2020 at 9:00 AM

Appearances:        Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | May 10, 2020 |
| Discovery to be completed by: | December 31, 2020 |
| Dispositive motions due by: | January 15, 2021 |
| Docket call to be held at 11:30 AM on: | April 5, 2021 |
| Estimated trial time: 2-3 days | Jury Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on this 27th day of April, 2020.

_____
Kenneth M. Hoyt
United States District Judge