Activity in Case 4:19-cv-04682 Kama v. TIRR Memorial Hermann Expedited Response - Judge Hoyt

From: dcecf_livedb@txs.uscourts.gov
To: dc_notices@txsd.uscourts.gov
Date: Monday, 14 December 2020, 11:09 GMT-6



**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

**Notice of Electronic Filing**

The following transaction was entered on 12/14/2020 at 11:09 AM CST and filed on 12/14/2020
**Case Name:** Kama v. TIRR Memorial Hermann
**Case Number:** 4:19-cv-04682
**Filer:**
**Document Number:** 42

**Docket Text:**
**ORDER for Expedited Response re: [39] MOTION to Compel the Defendant TIRR Memorial Hermann and MOTION for Protective Order. Response to Motion due by 12/24/2020.(Signed by Judge Kenneth M Hoyt) Parties notified.(chorace)**

4:19-cv-04682 Notice has been electronically mailed to:

Kelley Riddle Edwards    kedwards@littler.com, atompkins@littler.com

Nachaiya Kama    chacha365@yahoo.com

4:19-cv-04682 Notice has not been electronically mailed to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=12/14/2020] [FileNumber=34603388
-0] [25e28ac8bc2cd09e5d0b81ada1de3c23dd2725dd4623bf0ed267b64d1b4c47210
8077219cc4236567679281dc497ec3614926ba850911732810a1c26f7fb0f95]]

Activity in Case 4:19-cv-04682 Kama v. TIRR Memorial Hermann Order on Motion to Compel

From: dcecf_livedb@txs.uscourts.gov

To: dc_notices@txsd.uscourts.gov

Date: Monday, 14 December 2020, 15:30 GMT-6



**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered on 12/14/2020 at 3:30 PM CST and filed on 12/14/2020
**Case Name:** Kama v. TIRR Memorial Hermann
**Case Number:** 4:19-cv-04682
**Filer:**
**Document Number:** 43

**Docket Text:**
ORDER granting [40] Motion to Compel. The plaintiff is hereby ORDERED to appear and sit for her deposition on December 18, 2020.It is hereby FURTHER ORDERED that the discovery period is extended to March 1, 2021, for the following limited purposes of allowing the defendants to take the plaintiffs deposition on December 18, 2020, and allowing Memorial Hermann to conduct follow-up discovery, including service of additional written interrogatories and/or requests for production of documents on the plaintiff, and time for the defendants to conduct additional depositions, as needed.It is hereby FURTHER ORDERED that the deadline to file dispositive motions is extended until March 15, 2021.(Signed by Judge Kenneth M Hoyt) Parties notified.(chorace)

**4:19-cv-04682 Notice has been electronically mailed to:**

Kelley Riddle Edwards    kedwards@littler.com, atompkins@littler.com

Nachaiya Kama    chacha365@yahoo.com

**4:19-cv-04682 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=12/14/2020] [FileNumber=34606965
-0] [a50ada5f6fd3e33b98ad0ba95163e5283f9bfff8a70457651987aa1c82940f10d
d485025380b2c869f93813fdba05702fcf2c109c5ec62c767b236b339686529]]

Activity in Case 4:19-cv-04682 Kama v. TIRR Memorial Hermann Order

From: dcecf_livedb@txs.uscourts.gov

To: dc_notices@txsd.uscourts.gov

Date: Tuesday, 22 December 2020, 08:54 GMT-6



**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

## Notice of Electronic Filing

The following transaction was entered on 12/22/2020 at 8:53 AM CST and filed on 12/21/2020
**Case Name:**       Kama v. TIRR Memorial Hermann
**Case Number:**     4:19-cv-04682
**Filer:**
**Document Number:** 49


**Docket Text:**
**ORDER denying [45] re: Deposition/Court Order. Theplaintiff is hereby ORDERED to appear and sit for her remote deposition on December 22,2020.(Signed by Judge Kenneth M Hoyt) Parties notified.(chorace)**

**4:19-cv-04682 Notice has been electronically mailed to:**

Kelley Riddle Edwards    kedwards@littler.com, atompkins@littler.com

Nachaiya Kama    chacha365@yahoo.com

**4:19-cv-04682 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=12/22/2020] [FileNumber=34668248
-0] [86332653bb32ecc85c03be1e0acae16facebd7f848fe4be00a6fc4c8f8ae14655
ec583a8b695516e8d5eaaab74229283718028bc0a71dccc9f4b334358cbbc9c]]