# EXHIBIT A

| | |
|---|---|
| **From:** | Edwards, Kelley |
| **To:** | Nachaiya |
| **Cc:** | Wilson, Michael; Tompkins, Annie |
| **Subject:** | RE: Kama v. MHHS: Deposition tomorrow |
| **Date:** | Monday, January 4, 2021 4:48:27 PM |
| **Attachments:** | image001.png |
| | image002.png |

Ms. Kama,

I just saw your court filing, but I cannot tell whether that means you intend to appear for your deposition tomorrow.  Please let me know as soon as possible.

Many thanks,

**Kelley Edwards**
Shareholder
713.652.4702 direct, 713.203.3467 mobile, 713.583.5542 fax
KEdwards@littler.com


Littler

Labor & Employment Law Solutions | Local Everywhere
1301 McKinney Street, Suite 1900, Houston, TX 77010-3031

**From:** Edwards, Kelley
**Sent:** Monday, January 4, 2021 2:52 PM
**To:** 'Nachaiya' <chacha365@yahoo.com>
**Cc:** Wilson, Michael <MiWilson@littler.com>; Tompkins, Annie <ATompkins@littler.com>
**Subject:** Kama v. MHHS: Deposition tomorrow

Ms. Kama,

Please confirm that you'll be attending the deposition tomorrow.  We will have the court reporter send you instructions for how to log on remotely.

If for any reason you will not be appearing, please let us know immediately.

Many thanks,

**Kelley Edwards**
Shareholder
713.652.4702 direct, 713.203.3467 mobile, 713.583.5542 fax
KEdwards@littler.com



Labor & Employment Law Solutions | Local Everywhere
1301 McKinney Street, Suite 1900, Houston, TX 77010-3031