# **EXHIBIT B**

### Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
 2                  HOUSTON DIVISION
 3   NACHAIYA KAMA,      )
                         )
 4        Plaintiff,     )
                         )
 5   VS.          ) C.A. NO. 4:19-CV-4682
                         )
 6   TIRR MEMORIAL HERMANN,   )
                         )
 7        Defendant.     )
 8
 9        *********************************
          CERTIFICATE OF NONAPPEARANCE
10         FOR THE ZOOM DEPOSITION OF
                 NACHAIYA KAMA
11              January 5, 2021
          *********************************
12
13
14
15
16
17
18
19        Reported by:  Taye J. Krusleski, CSR, CLR
                 Job No.  772435
20
21
22
23
24
25
```

### Page 2

```
                      A P P E A R A N C E S
 1
 2
 3   FOR THE DEFENDANT:
 4     Ms. Kelly Edwards
       Mr. Michael Wilson
 5      LITTLER MENDELSON
        1301 McKinney Street, Suite 1900
 6      Houston, Texas  77010
        Phone:  713.951.9400
 7      Fax:  713.951.9212
        E-mail:  kedwards@littler.com
 8      E-mail:  miwilson@littler.com
 9
               * * * * *
10
11
12
...
25
```

### Page 3

```
 1        I, TAYE J. KRUSLESKI, a Certified Shorthand
 2   Reporter in and for the State of Texas, certify:
 3        That I appeared remotely via LegalView on
 4   January 5, 2021, to report the oral Zoom and videotaped
 5   deposition of NACHAIYA KAMA pursuant to Notice,
 6   scheduled for 9:30 a.m.
 7        That by 10:00 a.m., NACHAIYA KAMA had not
 8   appeared for her deposition.  Present for the deposition
 9   was Ms. Kelly Edwards and Mr. Michael Wilson, for the
10   Defendant.
11        I further certify that I am neither employed
12   by nor related to any attorney or party in this matter
13   and have no interest, financial or otherwise, in its
14   outcome.
15
16                * * * * *
```

### Page 4

```
 1        Given under my hand and seal of office on this
 2   the 11th day of January, 2021
 3
 4        Taxable Cost_____
 5        Paid by_____
 6
 7            /s/ Taye Krusleski
 8        _____
          TAYE J. KRUSLESKI, Texas CSR 4405
 9        My Commission Expires 04/30/22
          Lexitas
10        Firm Registration No. 95
          13101 Northwest Freeway, Suite 210
11        Houston, Texas  77040
          Phone:  888.893.3767
12
13
14     Job No. 772435
```



Nachaiya Kama

s Index: 04/30/22..Michael

### 0

**04/30/22**  4:9

### 1

**10:00**  3:7
**11th**  4:2
**1900**  2:5

### 2

**2021**  1:11 3:4 4:2
**210**  4:10

### 4

**4405**  4:8
**4:19-CV-4682**  1:5

### 5

**5**  1:11 3:4

### 7

**713.951.9212**  2:7
**713.951.9400**  2:6
**77010**  2:6
**77040**  4:11
**772435**  1:19 4:14

### 8

**888.893.3767**  4:11

### 9

**95**  4:10
**9:30**  3:6

### A

**a.m.**  3:6,7
**appeared**  3:3,8
**attorney**  3:12

### C

**C.A.**  1:5
**CERTIFICATE**  1:9
**Certified**  3:1
**certify**  3:2,11
**CLR**  1:19
**Commission**  4:9
**Cost**  4:4
**COURT**  1:1
**CSR**  1:19 4:8

### D

**day**  4:2
**Defendant**  1:7 2:3 3:10
**deposition**  1:10 3:5,8
**DISTRICT**  1:1
**DIVISION**  1:2

### E

**E-MAIL**  2:7,8
**Edwards**  2:4 3:9
**employed**  3:11
**Expires**  4:9

### F

**Fax**  2:7
**financial**  3:13

### 

**Firm**  4:10
**Freeway**  4:10

### H

**hand**  4:1
**HERMANN**  1:6
**Houston**  1:2 2:6 4:11

### I

**interest**  3:13

### J

**January**  1:11 3:4 4:2
**Job**  1:19 4:14

### K

**KAMA**  1:3,10 3:5,7
**kedwards@littler.com**  2:7
**Kelly**  2:4 3:9
**Krusleski**  1:19 3:1 4:8

### L

**Legalview**  3:3
**Lexitas**  4:9
**LITTLER**  2:5

### M

**matter**  3:12
**Mckinney**  2:5
**MEMORIAL**  1:6
**MENDELSON**  2:5
**Michael**  2:4 3:9



miwilson@littler.com  2:8

**N**

**NACHAIYA**  1:3,10 3:5,7
**NONAPPEARANCE**  1:9
**Northwest**  4:10
**Notice**  3:5

**O**

**office**  4:1
**oral**  3:4
**outcome**  3:14

**P**

**Paid**  4:5
**party**  3:12
**Phone**  2:6 4:11
**Plaintiff**  1:4
**Present**  3:8
**pursuant**  3:5

**R**

**Registration**  4:10
**related**  3:12
**remotely**  3:3
**report**  3:4
**Reported**  1:19
**Reporter**  3:2

**S**

**scheduled**  3:6
**seal**  4:1
**Shorthand**  3:1

**SOUTHERN**  1:1
**State**  3:2
**STATES**  1:1
**Street**  2:5
**Suite**  2:5 4:10

**T**

**Taxable**  4:4
**Taye**  1:19 3:1 4:8
**Texas**  1:1 2:6 3:2 4:8,11
**TIRR**  1:6

**U**

**UNITED**  1:1

**W**

**Wilson**  2:4 3:9

**Z**

**Zoom**  1:10 3:4

