IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NACHAIYA KAMA, § | |
| § | |
| Plaintiff, § | |
| § | C.A. NO. 4:19-cv-4682 |
| v. § | |
| § | (JURY TRIAL DEMANDED) |
| TIRR MEMORIAL HERMANN, § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is Memorial Hermann's Second Motion to Compel Plaintiff's Deposition. After consideration of said Motion, it is ORDERED that the Motion is hereby GRANTED.

Plaintiff is hereby ORDERED to sit and appear for her deposition by oral examination on February 3, 2021, at the United States District Courthouse at 515 Rusk Street, Houston, Texas 77002.

Signed on this _____ day of _____, 2020.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

4850-8468-2710.1 070168.1067