United States Courts
Southern District of Texas
FILED

*January 22, 2021*

Nathan Ochsner, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| NACHAIYA KAMA | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **C.A. No. 4:19-cv-04682** |
| vs. | § | |
| | § | |
| TIRR MEMORIAL HERMANN, | § | |
| | § | |
| Defendant. | § | **(JURY TRIAL DEMANDED)** |

---

## CONTACT SHEET FOR DKT. NO. 38

---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes now, Nachaiya Kama, Plaintiff in the above-captioned cause, files this contact sheet

attached of the thirty-two (32) images from the fifty-six (56) evidentiary documents in total

Plaintiff Kama filed before this Honorable Court and also sent to the defense counsel(s) on

record  (Exhibits Attached) on Thursday, October 22, 2020.

Respectfully Submitted,

Date: January 22, 2021

**Plaintiff Kama.** *(Pro Se)*