Case No. 4:19-cv-04682 (Kama v TIRR Memorial Hermann)

From: Nachaiya (chacha365@yahoo.com)
To: houston_operation@txs.uscourts.gov
Cc: dc_notices@txsd.uscourts.gov
Date: Friday, 22 January 2021, 14:37 GMT-6

Greetings:

Please kindly file the attached documents (Title: Contact Sheet for Dkt. No. 38).

Thank you!


Case No. 19-cv-0462_ Dkt. No. 38_ContactSheet.jpg
474.1kB


Case No. 19-cv-0462_Exhibit_B_Oct2220.jpg
695.7kB