Case 4:19-cv-04682   Document 58   Filed on 01/25/21 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED

January 25, 2021

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NACHAIYA KAMA** | § § § | |
| Plaintiff, | § § | C.A. No. 4:19-cv-04682 |
| vs. | § § | |
| **TIRR MEMORIAL HERMANN,** | § § | |
| Defendant. | § | **(JURY TRIAL DEMANDED)** |

---
**MATHEMATICAL RESPONSE: Dkt. No. 56**
---

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes now, Nachaiya Kama, Plaintiff, in the above-captioned cause, Mathematically response, solves for X in the equation and other equations as follows in response to Dkt. No. 56 intentionally filed on the late Dr. King Jr. day with incomplete intentional documents attached.

① Dkt. No. 58!
Dkt. No. 56

$$\frac{\text{Dkt. No. 58} \times \text{Dkt. No. 54} \times \text{Dkt. No. 52}}{\text{Dkt. No. 56}} = \text{Dkt. No. 15}$$

$$\therefore \text{Dkt. No. 15} = \underline{\text{Exhibit A}}.$$

② $\sqrt{\text{Dkt. No. 58}} = x$

$x - \text{Dkt. No. 54} - \text{Dkt. No. 15} = 0$

$\therefore x = \text{Dkt. No. 54} + \text{Dkt. No. 15}$

$x = \underline{\text{Dkt. No. 52}}.$

1 | Page

Furthermore:

③ $\sqrt{Dkt.\ No.58} = Dkt.\ No.52 \times Dkt.\ No.54 = Dkt.\ No.15.$

And,

$$\frac{Dkt.\ No.58 \times Dkt.\ No.49}{Dkt.\ No.56} \times \frac{Dkt.\ No.51 \times Dkt.\ No.53}{1} =$$

$Dkt.\ No.58 \times Dkt.\ No.49 = Dkt.\ No.15,$

$\therefore Dkt.\ No.15 = $ Exhibit A.

Respectfully Submitted,

Date: Jan. 25, 2021

_____
**Plaintiff Kama.** *(Pro Se)*