IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NACHAIYA KAMA | § § § | |
| Plaintiff, | § § | C.A. No. 4:19-cv-04682 |
| vs. | § § | |
| TIRR MEMORIAL HERMANN, | § § | |
| Defendant. | § § | (JURY TRIAL DEMANDED) |

## MATHEMATICAL RESPONSE: Dkt. No. 56

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Comes now, Nachaiya Kama, Plaintiff, in the above-captioned cause, Mathematically response, solves for X in the equation and other equations as follows in response to Dkt. No. 56 intentionally filed on the late Dr. King Jr. day with incomplete intentional documents attached.

① $\underline{Dkt.\ No.\ 58!}$
  $Dkt.\ No.\ 56$

$$\frac{Dkt.\ No.\ 58 \times Dkt.\ No.\ 54 \times Dkt.\ No.\ 52}{Dkt.\ No.\ 56} = Dkt.\ No.\ 15$$

$$\therefore Dkt.\ No.\ 15 = \underline{Exhibit\ A.}$$

② $\sqrt{Dkt.\ No.\ 58} = x$

$x - Dkt.\ No.\ 54 - Dkt.\ No.\ 15 = 0$

$\therefore x = Dkt.\ No.\ 54 + Dkt.\ No.\ 15$

$x = \underline{Dkt.\ No.\ 52.}$

1 | P a g e

Furthermore:

③ $\sqrt{Dkt. No. 58} = Dkt. No. 52 \times Dkt. No. 54 = Dkt. No. 15.$

And,

$$\cancel{\frac{Dkt. No. 58 \times Dkt. No. 49}{Dkt. No. 56} \times \frac{Dkt. No. 51 \times Dkt. No. 53}{1}} =$$

$Dkt. No. 58 \times Dkt. No. 49 = Dkt. No. 15,$

$\therefore Dkt. No. 15 = \underline{Exhibit\ A.}$

Respectfully Submitted,

Date: Jan. 25, 2021

_____
**Plaintiff Kama.** *(Pro Se)*