United States District Court
Southern District of Texas
**ENTERED**
April 27, 2020
David J. Bradley, Clerk

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NACHAIYA KAMA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-04682 |
| § | |
| TIRR MEMORIAL HERMANN, § | |
| § | |
| Defendant. § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON April 27, 2020 at 9:00 AM**

Appearances:       Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | May 10, 2020 |
| Discovery to be completed by: | December 31, 2020 |
| Dispositive motions due by: | January 15, 2021 |
| ✱ Docket call to be held at 11:30 AM on: | April 5, 2021 |
| Estimated trial time: 2-3 days | Jury Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on this 27th day of April, 2020.

Kenneth M. Hoyt
United States District Judge

1 / 1